# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHNNY ALLIE**     **PLAINTIFF**
Reg. #44096-177

v.     No. 2:20-cv-00211-LPR-JTR

**UNITED STATES OF AMERICA**, *et al.*     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on this date in consolidated case No. 2:20-cv-00207, *Marcus Taylor v. United States et al.*, it is CONSIDERED, ORDERED, and ADJUDGED that this case (No. 2:20-cv-00211) is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 7th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT